IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KARI L. SCHMIDT,

       Plaintiff,

v.                                        CASE NO. 1:11cv228-SPM/GRJ

THE PANTRY, INC.,

       Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 6, 2012 (doc. 35). The parties were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 35) is ADOPTED and incorporated by reference in this order.

2. Plaintiff's Motion for Remand (doc. 6) is denied.

DONE AND ORDERED this 17th April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge